1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

USA,

Case No. 18-mj-71814-SK-1

8

Plaintiff,

9

v.

Charging District's Case No.
CR 14-100-BLG-SPW

10

SCHUYLER STEWART ZWAR,

11

Defendant.

12

**COMMITMENT TO ANOTHER DISTRICT**

13

The defendant has been ordered to appear in the District of Montana.

14

The defendant may need an interpreter for this language: n/a.

15

The defendant:          (  ) will retain an attorney.

16

                              (X) is requesting court-appointed counsel.

17

The defendant remains in custody after the initial appearance.

18

**IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

19

a copy of this order, to the charging district and deliver the defendant to the United States Marshal

20

for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

21

of the charging district should immediately notify the United States Attorney and the Clerk of the

22

Clerk for that district of the defendant's arrival so that further proceedings may be promptly

23

scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

24

charging district.

25

Dated: December 21, 2018

26

_____

SALLIE KIM
United States Magistrate Judge

27
28